March 30, 1984.

473 A.2d 688

Bay Associates, Appellant, v. Kern.

Argued November 16, 1983. Joseph J. Devanney, for appellant; John Vincent Ryan, for appellees.

Before SPAETH, President Judge, and BROSKY and HOFFMAN, JJ.

Order affirmed.

473 A.2d 688

Ashley-Bennett, Appellant, v. Bennett.

Argued January 24, 1984. Margalo Ashley-Bennett, appellant, in propria persona; Lisle A. Zehner, for appellee.

Before WIEAND, TAMILIA and POPOVICH, JJ.

Order affirmed.